666

cuit Court of Appeals for the Ninth Circuit denied. *Mr. Joe Crider, Jr.*, for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson*, and *Messrs. John MacC. Hudson, Sewall Key*, and *S. Dee Hanson* for the United States.

No. 848. CITY NATIONAL BANK ET AL. *v.* FLOOD. April 27, 1936. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Messrs. J. B. Flick* and *H. M. Havner* for petitioners. *Messrs. James C. Davis, A. A. McLaughlin*, and *George E. Hise* for respondent.

No. 855. PEAK *v.* COMMISSIONER OF INTERNAL REVENUE. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Richard S. Doyle, Howard J. Clark*, and *W. W. Ross* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson*, and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 861. MARYLAND CASUALTY Co. *v.* MOORE, TRUSTEE. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Edward F. McClennen* for petitioner. *Mr. Harold S. Davis* for respondent.

No. 868. SIMON *v.* NEW JERSEY. April 27, 1936. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Edmund M. Toland* and *Wm. E. Leahy* for petitioner. *Messrs. Abe*

*J. David* and *Joseph Lanigan* for respondent.

Nos. 870 and 871. HAWKINS ET AL., RECEIVERS, *v.* RAILROAD CREDIT CORP. April 27, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. W. B. Rodman, W. G. Brantley, Jr.,* and *Carl H. Richmond* for petitioners. *Messrs. Richard H. Wilmer* and *Daniel Willard, Jr.,* for respondent.

No. 873. DU VALL *v.* UNITED STATES. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Leslie C. Hardy* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Wm. W. Barron* and *Young M. Smith* for the United States.

No. 875. ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE CO., LTD. *v.* DAFFERN. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Daffan Gilmer* for petitioner. No appearance for respondent.

No. 947. BELT *v.* ZERBST, WARDEN. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. J. S. Belt, pro se.* No appearance for respondent.